# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-350 | MAGIS. NO: |
| v.<br><br>Fanel Joseph<br>also known as Blanc,<br>also know as Blanc Small Eye | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Fanel Joseph<br>Address Unknown | FILED<br>JAN 3 0 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:      PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Hostage Taking and Aiding and Abetting and Causing an Act to be Done

**IN VIOLATION OF:**  UNITED STATES CODE TITLE & SECTION:
18 U.S.C. §§ 1203 (a) and 2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE JOHN FACCIOLA | DATE ISSUED:<br>12/06/2006 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>12/06/2006 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 12-6-06<br>DATE EXECUTED 1-30-07 | NAME AND TITLE OF ARRESTING OFFICER<br>DAVID BALDWIN<br>SDUSM | SIGNATURE OF ARRESTING OFFICER<br>Laurel Baldwin |
|---|---|---|
| CASE: Yes   No X | | OCDETF CASE: Yes   No X |