UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff : | |
| vs. : | CRIMINAL NO. 06-350 |
| : | Judge Colleen Kollar-Kotelly |
| FANEL JOSEPH : | |
| Defendant : | |

## ORDER

The probation office shall file its Presentence Report by no later than <u>DECEMBER 21, 2007</u>.

The Government shall file its Memorandum in Aid of Sentencing and 5K.1 by no later than <u>JANUARY 11, 2008</u> and Defendant to file its Memorandum in Aid of Sentencing by no later than <u>JANUARY 18, 2008</u>, it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on <u>JANUARY 31, 2008 9:30 A.M.</u>

IT IS SO ORDERED,

Date: Oct 17, 2007

Colleen Kollar-Kotelly
United States District Judge

cc:   Chambers
      Files
      Probation
      Jeanne Hauch, AUSA
      Cynthia Katish, Esq.,