UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

CRIM. NO. 06-350-01 (CKK)

FANEL JOSEPH

Certificate of Service

I certify that a copy of Defendant's Memorandum in Aid of Sentencing and Defendant's Motion to Late File were mailed postage prepaid on January 19, 2008 to Assistant U.S. Attorney Jeanne Hauch U.S. Attorney's Office National Security Section 555 Fourth Street N.W. Washington, D.C. 20530.

_____
Cynthia Katkish