HONORABLE COLLEEN KOLLAR-KOTELLY, U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: CR 06-350 |
| vs. | : | SSN: N/A |
| Joseph, Fanel | : | Disclosure Date: December 20, 2007 |

JAN 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

(✓) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          1/7/2008
Prosecuting Attorney                         Date

### For the Defendant

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
Defendant        Date          Defense Counsel       Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **January 8, 2008**, to U.S. Probation Officer **Deborah Stevens-Panzer**, telephone number **(202) 565-1422**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

### FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

UNITED STATES

V                                             CR NO CR-06-350

FANEL JOSEPH

OBJECTIONS TO PRESENTENCE REPORT

**FILED**
JAN 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 1: Release Status. Defendant was arrested and held in Haiti on Oct 14, 2005 by Haitian police. He was extradited to the United States on January 29, 2007.

Page 2: Mr. Fanel does not recognize himself in the photograph.

Para. 2: Mr. Fanel did not carry or possess a weapon on Oct 13, 2005.

Para. 34: Reduce level by 2 points (see above)

Para. 38, first line: Siante is correctly spelled Sainte

Para. 38: The $5000 and $10,000 is Haitian dollars. In US dollars it is $600 to $1200.

Para. 41: Mr. Fanel is 5'9"

Para, 48: Mr. Fanel was paid $110 – $140 American dollars; $880 - $1000 Haitian dollars.

Para. 49: $1300 American dollars; $9000 Haitian dollars.